**DEBTOR:** Pacific WebWorks Inc.

**CASE NUMBER:** _____

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

Form 2-A
COVER SHEET

For Period Ending 10/31/2016

**Accounting Method:** ☐ Accrual Basis    ☒ Cash Basis

*THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check im... |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 11/12/16

Print Name: K. Lamee Bell

Signature: /s/

Title: President

Rev. 12/10/20

**DEBTOR:** Pacific WebWorks Inc.　　　　　**CASE NO:** 16-21223

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/2016 to 10/31/2016

**CASH RECEIPTS DETAIL**　　　　　**Account No:** _____

*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount $ |
|---|---|---|---|
| 10/14/2016 | Liberty International Underwriters | Settlement payment | 328,424.00 |

　　　　　　　　　　　　　　　　　　　　**Total Cash Receipts**　　$ __328,424.00__ (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.　　　**CASE NO:** 16-21223

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/2016 to 10/31/2016

**CASH DISBURSEMENTS DETAIL**
*(attach additional sheets as necessary)*

**Account No:**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 10/17/2016 | 101 | Michell Barlow | Settlement payment | 139,692.27 |
| 10/19/2016 | 102 | Paychex | payroll fees | 81.00 |
| 10/19/2016 | 103 | Tanner Purser | Accounting services | 1,020.00 |
| 10/25/2016 | 104 | US Trustee | Court Fees | 650.00 |
| 10/4/2016 | 1028 | Tanner Purser | Accounting services | 627.98 |
| 10/5/2016 | auto | Paychex | payroll fees | 104.04 |

Total Cash Disbursements　$　142,175.29　(1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Pacific WebWorks Inc.    CASE NO: 16-21223

**Form 2-C**
# COMPARATIVE BALANCE SHEET
**For Period Ended:** 10/31/2016

| | | Current Month | Petition Date (1) |
|---|---|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | | $ 278,843.97 | $ 87,802.28 |
| Accounts Receivable (from Form 2-E) | | - | 14,994.03 |
| Receivable from Officers, Employees, Affiliates | | - | - |
| Inventory | | - | - |
| Other Current Assets :(List) | Prepaid Legal | 6,141.90 | 6,141.90 |
| | Prepaid Insurance | 22,830.47 | 53,271.15 |
| Total Current Assets | | $ 307,816.34 | $ 162,209.36 |
| Fixed Assets: | | | |
| Land | | $ - | $ - |
| Building | | - | - |
| Equipment, Furniture and Fixtures | | - | 6,000.00 |
| Total Fixed Assets | | - | 6,000.00 |
| Less: Accumulated Depreciation | | ( ) | ( ) |
| Net Fixed Assets | | $ - | $ 6,000.00 |
| Other Assets (List): | Security Deposit | 4,825.00 | 4,825.00 |
| **TOTAL ASSETS** | | $ 312,641.34 | $ 173,034.36 |
| **LIABILITIES** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ - | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | - | - |
| Post-petition Taxes Payable (from Form 2-E) | | - | - |
| Post-petition Notes Payable | | - | - |
| Other Post-petition Payable(List): | Operating Payables | - | - |
| Total Post Petition Liabilities | | $ - | $ - |
| Pre Petition Liabilities: | | | |
| Secured Debt | | 14,074.78 | 36,188.70 |
| Priority Debt | | 23,323.24 | 23,323.24 |
| Unsecured Debt | | 174,609.60 | 174,291.80 |
| Total Pre Petition Liabilities | | $ 212,007.62 | $ 233,803.74 |
| **TOTAL LIABILITIES** | | $ 212,007.62 | $ 233,803.74 |
| **OWNERS' EQUITY** | | | |
| Capital Stock | | $ 49,722.00 | $ 49,722.00 |
| APIC | | 18,511,104.00 | 18,511,104.00 |
| Retained Earnings - Prepetition | | (18,158,066.18) | (18,621,595.38) |
| Retained Earnings - Post-petition | | (302,126.10) | - |
| **TOTAL OWNERS' EQUITY** | | $ 100,633.72 | $ (60,769.38) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 312,641.34 | $ 173,034.36 |

**DEBTOR:** Pacific WebWorks Inc.　　　　　　　　　　　　**CASE NO:** 16-21223

# Form 2-D
# PROFIT AND LOSS STATEMENT
For Period  10/1/2016 to  10/31/2016

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ | $ 35.90 |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| **Net Operating Revenue** | $  - | $ 35.90 |
| Cost of Goods Sold |  | 60.00 |
| **Gross Profit** | $  - | $ (24.10) |
| Operating Expenses |  |  |
| Officer Compensation | $  - | $  - |
| Selling, General and Administrative | 2,483.02 | 336,805.23 |
| Rents and Leases | - | - |
| Depreciation, Depletion and Amortization | - | - |
| Other (list): Settlement Fees | 139,692.27 | - |
|  | - | - |
| **Total Operating Expenses** | $ 142,175.29 | $ 336,805.23 |
| **Operating Income (Loss)** | $ (142,175.29) | $ (336,829.33) |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $  - | $  - |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | - | (1.21) |
| Interest Expense |  | - |
| Other Non-Operating Income |  | (175,000.00) |
| Net Non-Operating Income or (Expenses) | $  - | $ (175,001.21) |
| Reorganization Expenses |  |  |
| Legal and Professional Fees | $  - | $  - |
| Other Reorganization Expense | - | - |
| Total Reorganization Expenses | $  - | $  - |
| **Net Income (Loss) Before Income Taxes** | $ (142,175.29) | $ (161,828.12) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ (142,175.29) | $ (161,828.12) |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.　　　　　　　　　　　　　　**CASE NO:** 16-21223

## Form 2-E
## SUPPORTING SCHEDULES
**For Period:** 10/1/2016 to 10/31/2016

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
| Federal | $ 0 | $ 0 | 0 |  | Payroll $ | 0 |
| State | 0 | 0 | 0 |  | Payroll | 0 |
| FICA Tax Withheld | 0 | 0 | 0 |  | Payroll | 0 |
| Employer's FICA Tax | 0 | 0 | 0 |  | Payroll | 0 |
| Unemployment Tax |  |  |  |  |  |  |
| Federal | 0 | 0 | 0 |  |  | 0 |
| State | 0 | 0 | 0 |  |  | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 |  |  | 0 |
| Property Taxes | 0 | 0 | 0 |  |  | 0 |
| Accrued Income Tax: |  |  |  |  |  |  |
| Federal | 0 | 0 | 0 |  |  | 0 |
| State | 0 | 0 | 0 |  |  | 0 |
| Other: _____ | 0 | 0 | 0 |  |  | 0 |
| TOTALS | $ 0 | $ 0 | 0 |  | $ | 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.
(2) Taxes are paid from the operating account with each payroll payment to Paychex. Which then remits the appropriate amounts to the taxing authorities

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability | Axis Pro- Tech Business Insurance | $ 1,000,000 | 8/23/2016 | $ 8/23/2016 |
| Property (Fire, Theft) | The Hardford | $ 323,700 | 9/1/2016 | $ 6/30/2016 |
| Vehicle |  | $ |  | $ |
| Other (list): |  | $ |  | $ |
| D&O / E&O | Liberty | $ 1,000,000 | 8/23/2016 | $ 8/23/2016 |

Page 1 of 2
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.  **CASE NO:** 16-21223

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 10/1/2016 to 10/31/2016

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| Total Post Petition Accounts Payable | | $ 0.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 0 | $ 0 | $ | 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 0 | $ 0 | $ | 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.    **CASE NO:** 16-21223

## Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:** 10/31/2016

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2016 | $ 0 | | | |
| February | 2016 | 563.23 | | | |
| March | 2016 | 19331.46 | 325 | 1025 | 5/9/2016 |
| | | | 325 | 1032 | 5/12/2016 |
| TOTAL 1st Quarter | | $ 19,894.69 | $ 650 | | |
| April | 2016 | $ 39,810.33 | 325 | 1034 | 5/31/2016 |
| May | 2016 | 31,357.71 | | | |
| June | 2016 | 2,483.02 | | | |
| TOTAL 2nd Quarter | | $ 73,651.06 | $ 650 | 1053 | 8/1/2016 |
| July | 2016 | $ 18,331.08 | | | |
| August | 2016 | 25,389.44 | | | |
| September | 2016 | 56,613.83 | | | |
| TOTAL 3rd Quarter | | $ 100,334.35 | $ 650 | 0.00 | 10/25/2016 0:00 |
| October | 2016 | $ 142,175.29 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 | $ | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:**   Pacific WebWorks Inc.                          **CASE NO:** 16-21223

## Form 2-G
## NARRATIVE
### For Period: 10/1/2016 to 10/31/2016

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

# Wells Fargo Business Choice Checking

Account number: ▇▇▇▇▇▇   ■ October 1, 2016 - October 31, 2016   ■ Page 1 of 4



INTELLIPAY INC
405 E 12450 S STE E
DRAPER UT 84020-7997

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

Account number:  **760007971**

**INTELLIPAY INC**

*Utah account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 124002971

For Wire Transfers use
Routing Number (RTN): 121000248

## Activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $8,066.05 |
| Deposits/Credits | 28,752.88 |
| Withdrawals/Debits | - 267.79 |
| **Ending balance on 10/31** | **$36,551.14** |
| Average ledger balance this period | $15,096.40 |

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(119) Ins =2
Sheet Seq = 0004861
Sheet 00001 of 00002

Account number: ▓▓▓▓▓▓ ■ October 1, 2016 - October 31, 2016 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/3 | | Modern Payments Deposit 160930 M010D1627426062 Intellipay | 166.60 | | 8,232.65 |
| 10/4 | | Authnet Gateway Billing 92354916 Intellipay Inc. | 12.00 | | |
| 10/4 | | Modern Payments Deposit 161003 M010D1627726062 Intellipay | 18.65 | | |
| 10/4 | | Authnet Gateway Billing 92354904 Intellipay Inc. | 944.48 | | 9,207.78 |
| 10/5 | | Modern Payments Deposit 161004 M010D1627826062 Intellipay | 491.49 | | 9,699.27 |
| 10/11 | | Modern Payments Deposit 161007 M010D1628126062 Intellipay | 1,418.12 | | |
| 10/11 | | Online Dep Detail & Images - Bob | | 3.00 | 11,114.39 |
| 10/12 | | Modern Payments Deposit 161011 M010D1628526062 Intellipay | 23.00 | | |
| 10/12 | | F D R Fees160930 160930 20538 Nt Inte Intellipay Inc | | 264.79 | 10,872.60 |
| 10/13 | | Modern Payments Deposit 161012 M010D1628626062 Intellipay | 409.80 | | 11,282.40 |
| 10/17 | | Modern Payments Deposit 161014 M010D1628826062 Intellipay | 10.00 | | 11,292.40 |
| 10/18 | | Modern Payments Deposit 161017 M010D1629126062 Intellipay | 258.50 | | 11,550.90 |
| 10/19 | | Modern Payments Deposit 161018 M010D1629226062 Intellipay | 50.00 | | 11,600.90 |
| 10/20 | | Modern Payments Deposit 161019 M010D1629326062 Intellipay | 35.85 | | 11,636.75 |
| 10/21 | | Modern Payments Deposit 161020 M010D1629426062 Intellipay | 671.91 | | |
| 10/21 | | Merche-Soluti081 Cash Disb 161021 Intellipay Inc | 774.77 | | 13,083.43 |
| 10/24 | | Modern Payments Deposit 161021 M010D1629526062 Intellipay | 320.96 | | 13,404.39 |
| 10/25 | | Modern Payments Deposit 161024 M010D1629826062 Intellipay | 456.69 | | 13,861.08 |
| 10/26 | | Modern Payments Deposit 161025 M010D1629926062 Intellipay | 161.80 | | 14,022.88 |
| 10/27 | | Modern Payments Deposit 161026 M010D1630026062 Intellipay | 893.29 | | |
| 10/27 | | Nxgen 8668639977 Payment Info for Nxgen Rep0000037141 | 371.41 | | |
| 10/27 | | eDeposit IN Branch/Store 10/27/16 12:54:53 Pm 322 E 12300 S Draper UT 7971 | 21,157.01 | | 36,444.59 |
| 10/28 | | Modern Payments Deposit 161027 M010D1630126062 Intellipay | 51.55 | | 36,496.14 |
| 10/31 | | Modern Payments Deposit 161028 M010D1630226062 Intellipay | 55.00 | | 36,551.14 |
| **Ending balance on 10/31** | | | | | **36,551.14** |
| **Totals** | | | **$28,752.88** | **$267.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2016 - 10/31/2016 | Standard monthly service fee $0.00 | You paid $0.00 |
|---|---|---|
| WX/W5 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 30 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

7:45 PM
11/01/16

# PWEB
## Reconciliation Detail
### 1050 · Wells Fargo 1622, Period Ending 10/31/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 92,595.26 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 3 items** | | | | | | |
| Transfer | 10/31/2016 | | | X | -91,863.24 | -91,863.24 |
| Check | 10/31/2016 | | | X | -627.98 | -92,491.22 |
| Check | 10/31/2016 | | | X | -104.04 | -92,595.26 |
|     Total Checks and Payments | | | | | -92,595.26 | -92,595.26 |
|   Total Cleared Transactions | | | | | -92,595.26 | -92,595.26 |
| **Cleared Balance** | | | | | -92,595.26 | 0.00 |
| **Register Balance as of 10/31/2016** | | | | | -92,595.26 | 0.00 |
| **Ending Balance** | | | | | **-92,595.26** | **0.00** |

7:48 PM  
11/01/16

# PWEB
## Reconciliation Detail
### Rabobank, Period Ending 10/31/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 10/31/2016 | | Mitchell barlow | X | -139,692.27 | -139,692.27 |
| Check | 10/31/2016 | | | X | -1,020.00 | -140,712.27 |
| Check | 10/31/2016 | | Us Trustee | X | -650.00 | -141,362.27 |
| Check | 10/31/2016 | | | X | -81.00 | -141,443.27 |
| Total Checks and Payments | | | | | -141,443.27 | -141,443.27 |
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 10/31/2016 | | | X | 91,863.24 | 91,863.24 |
| Transfer | 10/31/2016 | | | X | 328,424.00 | 420,287.24 |
| Total Deposits and Credits | | | | | 420,287.24 | 420,287.24 |
| Total Cleared Transactions | | | | | 278,843.97 | 278,843.97 |
| **Cleared Balance** | | | | | 278,843.97 | 278,843.97 |
| Register Balance as of 10/31/2016 | | | | | 278,843.97 | 278,843.97 |
| **Ending Balance** | | | | | 278,843.97 | 278,843.97 |

**Rabobank**
**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
October 01, 2016 - October 31, 2016
Page 1 of 3

Gil A. Miller
215 South State Street, Suite 550
Salt Lake City UT 84111

Case Number: 16-21223
Case Name: Pacific WebWorks, Inc
Trustee Number: 0000640150
Trustee Name: Gil A. Miller

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 5007838266 | | $0.00 | $279,574.97 |
| Total | | | $0.00 | $279,574.97 |

## Notable Information For You...

Business cases - please remember the following for Tax Identification Numbers (TINS) and W-9 Forms:
1) Each case may have only one TIN. If the business already has an existing TIN it must be utilized.
2) New TINs for business cases can only be obtained through the IRS (not Rabobank). To obtain a TIN online, go to https://www.irs.gov and type TIN in the search box.
3) When opening a new bank account, enter the TIN and sign the required W-9 form generated from the BMS software immediately afterward.

Account Number:    5007838266

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
October 01, 2016 - October 31, 2016
Page 2 of 3

Gil A. Miller
215 South State Street, Suite 550
Salt Lake City UT 84111

Case Number:    16-21223
Case Name:    Pacific WebWorks, Inc
Trustee Number:    0000640150
Trustee Name:    Gil A. Miller

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5007838266 | Beginning balance | $0.00 |
| Enclosures | 4 | Total additions | $420,287.24 |
| Avg collected balance | $233,016.00 | Total subtractions | $140,712.27 |
| | | **Ending balance** | **$279,574.97** |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 101 | 10-19 | 139,692.27 | 103 * | 10-24 | 1,020.00 |

*Skip in check sequence

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 10-14 | DEPOSIT 100001 | 91,863.24 |
| 10-17 | DEPOSIT 100002 | 328,424.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-14 | 91,863.24 | 10-19 | 280,594.97 | | |
| 10-17 | 420,287.24 | 10-24 | 279,574.97 | | |

3154    rev 01-13

Rabobank, N.A.
P.O. Box 6010
Santa Maria, CA 93456

Account Number: 5007838266
Statement Date: October 31, 2016
Page: 3 of 3



10/19/2016     101     $139,692.27



10/19/2016     101     $139,692.27



10/24/2016     103     $1,020.00

10/24/2016     103     $1,020.00

3154 rev 01-13