**DEBTOR:**  Pacific WebWorks Inc.

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER:**

Form 2-A
**COVER SHEET**

For Period Ending   11/30/2016

**Accounting Method:**  ☐ Accrual Basis    ☒ Cash Basis

### THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check ima |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: _____    Print Name: K. Lance Bell

Signature:

Title: President

Rev. 12/10/20

**DEBTOR:**   Pacific WebWorks Inc.                    **CASE NO:**      16-21223

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/2016 to 11/30/2016

| CASH FLOW SUMMARY | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 278,843.97 (1) | $ | 953,458.69 (1) |
| 2. Cash Receipts | | | | |
| Operations | | - | | - |
| Distributions | | | | 94,292.86 |
| Bank Interest Income | | | | 1.20 |
| Other | | - | | 51,480.06 |
| Total Cash Receipts | $ | - | $ | 145,774.12 |
| 3. Cash Disbursements | | | | |
| Operations | | 1,530.95 | | 185,758.36 |
| Debt Service/Secured loan payment | | - | | - |
| Professional fees/U.S. Trustee fees | | - | | - |
| Other | | | | - |
| Total Cash Disbursements | $ | 1,530.95 | $ | 185,758.36 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | (1,530.95) | | (39,984.24) |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 277,313.02 -2 | $ | 461,328.89 (2) |

| CASH BALANCE SUMMARY | Financial Institution | | Book Balance |
|---|---|---|---|
| Petty Cash | | $ | |
| DIP Operating Account | Rabobank | | 277,313.02 |
| DIP State Tax Account | | | - |
| DIP Payroll Account | | | - |
| Other Operating Account | | | |
| Other Operating Account | | | |
| Other Operating Account | | | |
| Other Operating Account | | | |
| Other Operating Account | | | |
| Other Operating Account | | | |
| Other Operating Account | | | |
| Other Interest-bearing Account | | | - |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 277,313.02 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3

Rev. 12/10/2009

DEBTOR:    Pacific WebWorks Inc. _____    CASE NO:    16-21223 _____

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/2016 to 11/30/2016

**CASH RECEIPTS DETAIL**    **Account No:** [_____]
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             | $      |

|  |  |
|--|--|
| **Total Cash Receipts** | $ _____ - (1) |

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 12/10/2009

**DEBTOR:**        Pacific WebWorks Inc.                                    **CASE NO:**  16-21223

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/2016 to 11/30/2016

**CASH DISBURSEMENTS DETAIL**                        Account No:
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 10/19/2016 | 107 | Paychex | payroll fees | 270.95 |
| 10/19/2016 | 106 | Tanner Purser | Accounting services | 935.00 |
| 10/25/2016 | 108 | US Trustee | Court Fees | 325.00 |

**Total Cash Disbursements**        $        1,530.95  (1)

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

**DEBTOR:**   Pacific WebWorks Inc.                                  **CASE NO:**   16-21223

**Form 2-C**
## COMPARATIVE BALANCE SHEET
**For Period Ended:**   11/30/2016

|  | Current Month | Petition Date (1) |
|---|---|---|
| ***ASSETS*** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 277,313.02 | $ 87,802.28 |
| Accounts Receivable (from Form 2-E) | - | 14,994.03 |
| Receivable from Officers, Employees, Affiliates | - | - |
| Inventory | - | - |
| Other Current Assets :(List)   Hartford insurance | 757.00 | 6,141.90 |
| | | 53,271.15 |
| Total Current Assets | $ 278,070.02 | $ 162,209.36 |
| Fixed Assets: | | |
| Land | $ - | $ - |
| Building | - | - |
| Equipment, Furniture and Fixtures | - | 6,000.00 |
| Total Fixed Assets | - | 6,000.00 |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ - | $ 6,000.00 |
| Other Assets (List): | | 4,825.00 |
| **TOTAL ASSETS** | $ 278,070.02 | $ 173,034.36 |
| ***LIABILITIES*** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | - | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - |
| Post-petition Notes Payable | - | - |
| Other Post-petition Payable(List):   Operating Payables | - | - |
| | - | |
| Total Post Petition Liabilities | $ - | $ - |
| Pre Petition Liabilities: | | |
| Secured Debt | | 36,188.70 |
| Priority Debt | 17,762.84 | 23,323.24 |
| Unsecured Debt | 138,457.64 | 174,291.80 |
| Total Pre Petition Liabilities | $ 156,220.48 | $ 233,803.74 |
| **TOTAL LIABILITIES** | $ 156,220.48 | $ 233,803.74 |
| ***OWNERS' EQUITY*** | | |
| Capital Stock | $ 49,722.00 | $ 49,722.00 |
| APIC | 18,511,104.00 | 18,511,104.00 |
| Retained Earnings - Prepetition | (18,098,675.00) | (18,621,595.38) |
| Retained Earnings - Post-petition | (340,300.53) | |
| **TOTAL OWNERS' EQUITY** | $ 121,849.54 | $ (60,769.38) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 278,070.02 | $ 173,034.36 |

**DEBTOR:**   Pacific WebWorks Inc. _____       **CASE NO:**  16-21223 _____

### Form 2-D
### PROFIT AND LOSS STATEMENT
### For Period   11/1/2016 to   11/30/2016

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ | $ 35.90 |
| Less:  Discounts, Returns and Allowances | ( _____ ) | ( _____ ) |
| **Net Operating Revenue** | $ - | $ 35.90 |
| Cost of Goods Sold | | 60.00 |
| **Gross Profit** | $ - | $ (24.10) |
| Operating Expenses | | |
| Officer Compensation | $ - | $ - |
| Selling, General and Administrative | 1,530.95 | 338,336.18 |
| Rents and Leases | - | - |
| Depreciation, Depletion and Amortization | - | - |
| Other (list): Settlement Fees | | - |
| | - | - |
| **Total Operating Expenses** | $ 1,530.95 | $ 338,336.18 |
| **Operating Income (Loss)** | $ (1,530.95) | $ (338,360.28) |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ - | $ - |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | - | (1.21) |
| Interest Expense | | - |
| Other Non-Operating Income | | (175,000.00) |
| **Net Non-Operating Income or (Expenses)** | $ - | $ (175,001.21) |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ - | $ - |
| Other Reorganization Expense | - | - |
| **Total Reorganization Expenses** | $ - | $ - |
| **Net Income (Loss) Before Income Taxes** | $ (1,530.95) | $ (163,359.07) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ (1,530.95) | $ (163,359.07) |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*

DEBTOR: Pacific WebWorks Inc.                      CASE NO:   16-21223

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period:**      11/1/2016 **to** 11/30/2016

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 0 | $ 0 | $ 0 | | Payroll $ | 0 |
| State | 0 | 0 | 0 | | Payroll | 0 |
| FICA Tax Withheld | 0 | 0 | 0 | | Payroll | 0 |
| Employer's FICA Tax | 0 | 0 | 0 | | Payroll | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 0 | 0 | 0 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: _____ | 0 | 0 | 0 | | | 0 |
| TOTALS | $ 0 | $ 0 | $ 0 | | $ | 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*
*(2) Taxes are paid from the operating account with each payroll payment to Paychex. Which then remits the appropriate amounts to the taxing authorities*

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | $ | |
| General Liability | | $ | $ | |
| Property (Fire, Theft) | | $ | $ | |
| Vehicle | | $ | $ | |
| Other (list): | | $ | $ | |
| D&O / E&O | | $ | $ | |

Page 1 of 2
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.                                    **CASE NO:** 16-21223

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period: 10/1/2016 to 10/31/2016

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $         0.00 | $         0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $         0.00 | |
| Less:  Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $         0.00 | |
| Total Post Petition Accounts Payable | | $         0.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $        0 | $        0 | $        0 | | $        0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $        0 | $        0 | $        0 | | $        0 |

*\*Balance due to include fees and expenses incurred but not yet paid.*

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\*

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.**

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.                **CASE NO:** 16-21223

### Form 2-F
### QUARTERLY FEE SUMMARY *
### For the Month Ended: 11/30/2016

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2016 | $ 0 | | | |
| February | 2016 | 563.23 | | | |
| March | 2016 | 19331.46 | 325 | 1025 | 5/9/2016 |
| | | | 325 | 1032 | 5/12/2016 |
| TOTAL 1st Quarter | | $ 19,894.69 $ | 650 | | |
| April | 2016 | $ 39,810.33 | 325 | 1034 | 5/31/2016 |
| May | 2016 | 31,357.71 | | | |
| June | 2016 | 1,530.95 | | | |
| TOTAL 2nd Quarter | | $ 72,698.99 $ | 650 | 1053 | 8/1/2016 |
| July | 2016 | $ 18,331.08 | | | |
| August | 2016 | 25,389.44 | | | |
| September | 2016 | 56,613.83 | | | |
| TOTAL 3rd Quarter | | $ 100,334.35 $ | 650 | 0.00 | 10/25/2016 0:00 |
| October | 2016 | $ 142,175.29 | | | |
| November | 2016 | 1,530.95 | 325 | | 11/23/2016 0:00 |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999.............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999.............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999.............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.                    **CASE NO:** 16-21223

Form 2-G
# NARRATIVE
**For Period: 11/1/2016 to 11/30/2016**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.



**Rabobank, N.A.**
P.O. Box 6010
**Rabobank** Santa Maria, CA 93456

Period Covered:
November 01, 2016 - November 30, 2016
Page 1 of 4

| | |
|---|---|
| Case Number: | 16-21223 |
| Case Name: | Pacific WebWorks, Inc |
| Trustee Number: | 0000640150 |
| Trustee Name: | Gil A. Miller |

Gil A. Miller
215 South State Street, Suite 550
Salt Lake City UT 84111

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | ~~xxxxxxx~~ | | $279,574.97 | $277,313.02 |
| Total | | | $279,574.97 | $277,313.02 |

## Notable Information For You...

Incoming Wire Transfers: Incoming wires may be received up to 3:30 PST and are processed upon receipt. Official wire confirmations can be forwarded to recipients with rights to receive incoming wire confirmations. Recipients can be added or removed in the BMS software.

Outgoing Wire Transfers: Outgoing wires are completed in the BMS software and cannot contain any handwritten information except for a required wet signature. The date on the form must be no more than one 1 business day old and received by Rabobank no later than 12:30 PST for same day processing.



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number: ~~XXXXXXXX~~

Period Covered:
November 01, 2016 - November 30, 2016
Page 2 of 4

Gil A. Miller
215 South State Street, Suite 550
Salt Lake City UT 84111

| | |
|---|---|
| Case Number: | 16-21223 |
| Case Name: | Pacific WebWorks, Inc |
| Trustee Number: | 0000640150 |
| Trustee Name: | Gil A. Miller |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Trustee Checking

| | | | | |
|---|---|---|---|---|
| Account number | ~~XXXXXXXX~~ | **Beginning balance** | **$279,574.97** |
| Enclosures | 5 | Total additions | $0.00 |
| Avg collected balance | $278,367.00 | Total subtractions | $2,261.95 |
| | | **Ending balance** | **$277,313.02** |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 102 | 11-14 | 81.00 | 107 | 11-15 | 270.95 |
| 104 * | 11-01 | 650.00 | 108 | 11-23 | 325.00 |
| 106 * | 11-22 | 935.00 | | | |

*Skip in check sequence

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 279,574.97 | 11-14 | 278,843.97 | 11-22 | 277,638.02 |
| 11-01 | 278,924.97 | 11-15 | 278,573.02 | 11-23 | 277,313.02 |



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number:
Statement Date:    November 30, 2016
Page:    3 of 4

| | | |
|---|---|---|
| 11/14/2016 | 102 | $81.00 |
| 11/14/2016 | 102 | $81.00 |
| 11/01/2016 | 104 | $650.00 |
| 11/01/2016 | 104 | $650.00 |
| 11/22/2016 | 106 | $935.00 |
| 11/22/2016 | 106 | $935.00 |
| 11/15/2016 | 107 | $270.95 |
| 11/15/2016 | 107 | $270.95 |



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number:
Statement Date:     November 30, 2016
Page:                        4 of 4



11/23/2016     108     $325.00

11/23/2016     108     $325.00

11:37 PM

12/08/16

# PWEB
# Reconciliation Detail
### Rabobank, Period Ending 11/30/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 278,843.97 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 11/30/2016 | | Tanner J Purser | X | -935.00 | -935.00 |
| Check | 11/30/2016 | | Us Trustee | X | -325.00 | -1,260.00 |
| Check | 11/30/2016 | | PayChex | X | -270.95 | -1,530.95 |
| Total Checks and Payments | | | | | -1,530.95 | -1,530.95 |
| Total Cleared Transactions | | | | | -1,530.95 | -1,530.95 |
| **Cleared Balance** | | | | | -1,530.95 | 277,313.02 |
| **Register Balance as of 11/30/2016** | | | | | -1,530.95 | 277,313.02 |
| **Ending Balance** | | | | | **-1,530.95** | **277,313.02** |