George Hofmann (10005)
Jeffrey L. Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT  84111
Telephone:   (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Liquidating Trustee, Gil Miller

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy No. 16-21223 (WTT) |
|---|---|
| PACIFIC WEBWORKS, INC., | Chapter 11 |
| Debtor. | |

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF
### DEBTOR'S CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that on November 28, 2016, the Honorable William T. Thurman, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Utah (the "Court") signed that certain *Order Confirming Debtor's Chapter 11 Plan of Liquidation* [Docket No. 203] (the "Confirmation Order").  The Confirmation Order "confirmed" the *Plan of Liquidation under Chapter 11 of the Bankruptcy Code dated October 6, 2016* (as modified and confirmed by the Confirmation Order, the "Plan"), a copy of which is attached as Exhibit 1 to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article I and Section 9.1 of the Confirmed Plan, the "Effective Date" of the Confirmed Plan was and is **Wednesday, December 28, 2016**.

**PLEASE TAKE FURTHER NOTICE** that Section 11.3 of the Confirmed Plan states, in relevant part: "All applications for allowance of Administrative Claims other than (a) fees and expenses of Professionals Allowed pursuant to an Order of the

Bankruptcy Court, and (b) fees and charges assessed against the Estate pursuant to 28 U.S.C. § 1930, shall be filed not later than thirty days after the Effective Date. All Administrative Claims not filed within thirty days after the Effective Date shall be barred. The deadline in the preceding sentence shall be construed and have the same force and effect as a statute of limitations."

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 2.2(c)(1) of the Confirmed Plan, each Professional (as defined in the Plan) shall file a final application for the allowance of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date "within thirty (30) days after the Effective Date."

**YOUR RIGHTS MAY BE AFFECTED**.  **You should read this notice and the above-referenced papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.**

DATED this 29th day of December, 2016.

                **COHNE KINGHORN, P.C**.

                /s/ Jeffrey L. Trousdale
                George Hofmann
                Jeffrey L. Trousdale
                Attorneys for Liquidating Trustee, Gil Miller

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2016, I electronically filed the foregoing **NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S CHAPTER 11 PLAN OF LIQUIDATION** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users, and will be served notice of entry of the foregoing Order through the CM/ECF System:

- Brett N. Anderson — bretta@blackburn-stoll.com
- David P. Billings — dbillings@fabianvancott.com, aclark@fabianvancott.com
- Andrew V. Collins — acollins@mbmlawyers.com
- Christopher S. Feuz — cfeuz@mbmlawyers.com
- Richard D. Flint — rdflint@hollandhart.com, tlrouse@hollandhart.com
- George B. Hofmann — ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com; jthorsen@cohnekinghorn.com
- J. Derek Kearl — jdkearl@hollandhart.com, jcwilliams@hollandhart.com
- Peter J. Kuhn tr — Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov
- Adam H Reiser — areiser@cohnekinghorn.com
- Steven C. Strong — sstrong@cohnekinghorn.com, jhasty@cohnekinghorn.com
- Jeffrey L. Trousdale — jtrousdale@cohnekinghorn.com, nlakey@cohnekinghorn.com
- United States Trustee — USTPRegion19.SK.ECF@usdoj.gov

I further certify that on this 29th day of December, 2016, I caused a true and correct copy of the **NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S CHAPTER 11 PLAN OF LIQUIDATION** to be served by regular first class United States mail, postage fully pre-paid, addressed to each of the following:

Anne Ashby
7667 Centerpoint Road
Auburn, NY 13021

Gil A Miller
Rocky Mountain Advisory, LLC
215 South State Street, Suite 550
Salt Lake City, UT 84111

/s/ Nancy Lakey

{00314359.DOCX /}

3