| | | |
|---|---|---|
| **DEBTOR:** Pacific WebWorks Inc. | | **MONTHLY OPERATING REPORT**<br>CHAPTER 11 |
| **CASE NUMBER:** 16-21223 | | |

Form 2-A
COVER SHEET

For Period Ending  12/31/2016

**Accounting Method:**   ☐ Accrual Basis     ☒ Cash Basis

*THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing.  File the original with the Clerk of Court.  Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts<br>        IMPORTANT: Redact account numbers and remove check ima |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** _____

**Print Name:** K. Lance Bell

**Signature:** _[signature]_

**Title:** President

Rev. 12/10/20

**DEBTOR:** Pacific WebWorks Inc.　　　　　**CASE NO:** 16-21223

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/2016 to 12/31/2016

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| **1. Beginning Cash Balance** | $ 277,313.02 (1) | $ 1,230,771.71 (1) |
| **2. Cash Receipts** | | |
|    Operations | - | - |
|    Distributions | | 94,292.86 |
|    Bank Interest Income | | 1.20 |
|    Other | - | 51,480.06 |
|    Total Cash Receipts | $ - | $ 145,774.12 |
| **3. Cash Disbursements** | | |
|    Operations | 50,603.35 | 236,361.71 |
|    Debt Service/Secured loan payment | - | - |
|    Professional fees/U.S. Trustee fees | - | - |
|    Other | - | - |
|    Total Cash Disbursements | $ 50,603.35 | $ 236,361.71 |
| **4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)** | (50,603.35) | (90,587.59) |
| **5 Ending Cash Balance (to Form 2-C)** | $ 226,709.67  -2 | $ 688,038.56 (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | | - |
| DIP State Tax Account | | - |
| DIP Payroll Account | | - |
| Other Operating Account | Interbank trust account | 226,709.67 |
| Other Operating Account | | |
| Other Operating Account | | |
| Other Operating Account | | |
| Other Operating Account | | |
| Other Operating Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | - |
| TOTAL (must agree with Ending Cash Balance above) | | $ 226,709.67 (2) |
| | | - |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.  **CASE NO:** 16-21223

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/2016 to 12/31/2016

**CASH RECEIPTS DETAIL**    **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| | | | $ |

Total Cash Receipts    $ _____-_____ (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.          **CASE NO:** 16-21223

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/2016 to 12/31/2016

**CASH DISBURSEMENTS DETAIL**          **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 12/12/2016 | 109 | Tanner Purser | Accounting services | 765.00 |
| 12/27/2016 | 110 | Cohne Kinghorn | Legal Fees | 22,583.50 |
| 12/27/2016 | 111 | Cohne Kinghorn | Legal Fees | 8,828.26 |
| 12/22/2016 | 112 | Rocky Mountain Advisory | Professional Fess | 18,361.50 |
| 12/22/2016 | 113 | Rocky Mountain Advisory | Professional Fess | 65.09 |

**Total Cash Disbursements** $ __50,603.35__ (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Pacific WebWorks Inc.  CASE NO: 16-21223

## Form 2-C
## COMPARATIVE BALANCE SHEET

For Period Ended: 12/31/2016

| | | Current Month | Petition Date (1) |
|---|---|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | | $ 226,709.67 | $ 87,802.28 |
| Accounts Receivable (from Form 2-E) | | - | 14,994.03 |
| Receivable from Officers, Employees, Affiliates | | - | - |
| Inventory | | - | - |
| Other Current Assets :(List) | Hartford insurance | 757.00 | 6,141.90 |
| | | | 53,271.15 |
| Total Current Assets | | $ 227,466.67 | $ 162,209.36 |
| Fixed Assets: | | | |
| Land | | $ - | $ - |
| Building | | - | - |
| Equipment, Furniture and Fixtures | | - | 6,000.00 |
| Total Fixed Assets | | - | 6,000.00 |
| Less: Accumulated Depreciation | | ( ) | ( ) |
| Net Fixed Assets | | $ - | $ 6,000.00 |
| Other Assets (List): | | | 4,825.00 |
| **TOTAL ASSETS** | | $ 227,466.67 | $ 173,034.36 |
| **LIABILITIES** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ - | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | - | - |
| Post-petition Taxes Payable (from Form 2-E) | | - | - |
| Post-petition Notes Payable | | - | - |
| Other Post-petition Payable(List): | Operating Payables | - | - |
| Total Post Petition Liabilities | | $ - | $ - |
| Pre Petition Liabilities: | | | |
| Secured Debt | | | 36,188.70 |
| Priority Debt | | 17,762.84 | 23,323.24 |
| Unsecured Debt | | 138,457.64 | 174,291.80 |
| Total Pre Petition Liabilities | | $ 156,220.48 | $ 233,803.74 |
| **TOTAL LIABILITIES** | | $ 156,220.48 | $ 233,803.74 |
| **OWNERS' EQUITY** | | | |
| Capital Stock | | $ 49,722.00 | $ 49,722.00 |
| APIC | | 18,511,104.00 | 18,511,104.00 |
| Retained Earnings - Prepetition | | (18,098,675.93) | (18,621,595.38) |
| Retained Earnings - Post-petition | | (390,903.88) | - |
| **TOTAL OWNERS' EQUITY** | | $ 71,246.19 | $ (60,769.38) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 227,466.67 | $ 173,034.36 |

**DEBTOR:** Pacific WebWorks Inc.　　　　　　　　　　**CASE NO:** 16-21223

# Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 12/1/2016 to 12/31/2016

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ | $ 35.90 |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| **Net Operating Revenue** | $ - | $ 35.90 |
| Cost of Goods Sold |  | 60.00 |
| **Gross Profit** | $ - | $ (24.10) |
| Operating Expenses |  |  |
|   Officer Compensation | $ - | $ - |
|   Selling, General and Administrative | 50,603.35 | 387,408.58 |
|   Rents and Leases | - | - |
|   Depreciation, Depletion and Amortization | - | - |
|   Other (list): Settlement Fees | - | - |
|  | - | - |
| Total Operating Expenses | $ 50,603.35 | $ 387,408.58 |
| **Operating Income (Loss)** | $ (50,603.35) | $ (387,432.68) |
| Non-Operating Income and Expenses |  |  |
|   Other Non-Operating Expenses | $ - | $ - |
|   Gains (Losses) on Sale of Assets | - | - |
|   Interest Income | - | (1.21) |
|   Interest Expense | - | - |
|   Other Non-Operating Income |  | (175,000.00) |
| Net Non-Operating Income or (Expenses) | $ - | $ (175,001.21) |
| Reorganization Expenses |  |  |
|   Legal and Professional Fees | $ - | $ - |
|   Other Reorganization Expense | - | - |
| Total Reorganization Expenses | $ - | $ - |
| **Net Income (Loss) Before Income Taxes** | $ (50,603.35) | $ (212,431.47) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ (50,603.35) | $ (212,431.47) |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.    **CASE NO:** 16-21223

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 12/1/2016 to 12/31/2016

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 0 | $ 0 | 0 | | Payroll | $ 0 |
| State | 0 | 0 | 0 | | Payroll | 0 |
| FICA Tax Withheld | 0 | 0 | 0 | | Payroll | 0 |
| Employer's FICA Tax | 0 | 0 | 0 | | Payroll | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 0 | 0 | 0 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: | 0 | 0 | 0 | | | 0 |
| TOTALS | $ 0 | $ 0 | 0 | | | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.
(2) Taxes are paid from the operating account with each payroll payment to Paychex. Which then remits the appropriate amounts to the taxing authorities

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | | $ | | $ |
| Vehicle | | $ | | $ |
| Other (list): | | $ | | $ |
| D&O / E&O | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.  **CASE NO:** 16-21223

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 12/1/2016 to 12/31/2016

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| **Total Post Petition Accounts Payable** | | $ 0.00 |

*Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 0 | $ 0 | | $ 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 0 | $ 0 | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.  **CASE NO:** 16-21223

## Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:** 12/31/2016

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2016 | $ 0 | | | |
| February | 2016 | 563.23 | | | |
| March | 2016 | 19331.46 | 325 | 1025 | 5/9/2016 |
|  |  |  | 325 | 1032 | 5/12/2016 |
| TOTAL 1st Quarter | | $ 19,894.69 | $ 650 | | |
| April | 2016 | $ 39,810.33 | 325 | 1034 | 5/31/2016 |
| May | 2016 | 31,357.71 | | | |
| June | 2016 | 50,603.35 | | | |
| TOTAL 2nd Quarter | | $ 121,771.39 | $ 650 | 1053 | 8/1/2016 |
| July | 2016 | $ 18,331.08 | | | |
| August | 2016 | 25,389.44 | | | |
| September | 2016 | 56,613.83 | | | |
| TOTAL 3rd Quarter | | $ 100,334.35 | $ 650 | 0.00 | 10/25/2016 0:00 |
| October | 2016 | $ 142,175.29 | | | |
| November | 2016 | 1,530.95 | 325 | | 11/23/2016 |
| December | 2016 | 50,603.35 | | | |
| TOTAL 4th Quarter | | $ 194,309.59 | $ $1,625 | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999............... | $325 | $1,000,000 to $1,999,999............ | $6,500 |
| $15,000 to $74,999........ | $650 | $2,000,000 to $2,999,999............ | $9,750 |
| $75,000 to $149,999...... | $975 | $3,000,000 to $4,999,999............ | $10,400 |
| $150,000 to $224,999.... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999.... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999.... | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:** Pacific WebWorks Inc.    **CASE NO:** 16-21223

# Form 2-G
# NARRATIVE
### For Period: 12/1/2016 to 12/31/2016

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
December 01, 2016 - December 31, 2016
Page 1 of 4

Case Number:         16-21223
Case Name:           Pacific WebWorks, Inc
Trustee Number:      0000640150
Trustee Name:        Gil A. Miller

Gil A. Miller
215 South State Street, Suite 550
Salt Lake City UT 84111

☎ Questions
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | ▬▬▬▬▬ | | $277,313.02 | $0.00 |
| Total | | | $277,313.02 | $0.00 |

## Notable Information For You...

Rabobank is switching bank statement providers. Beginning with your February bank statement, you will notice a few small formatting changes; however, there will be no change to the information that you receive.



**Rabobank**
Rabobank, N.A.
P.O. Box 6010
Santa Maria, CA 93456

Account Number: ▓▓▓▓▓▓

Period Covered:
December 01, 2016 - December 31, 2016
Page 2 of 4

Gil A. Miller
215 South State Street, Suite 550
Salt Lake City UT 84111

Case Number: 16-21223
Case Name: Pacific WebWorks, Inc
Trustee Number: 0000640150
Trustee Name: Gil A. Miller

☎ Questions
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | | |
|---|---|---|---|---|
| Account number | 5007838266 | Beginning balance | | $277,313.02 |
| Enclosures | 6 | Total additions | | $0.00 |
| Avg collected balance | $243,869.00 | Total subtractions | | $277,313.02 |
| | | Ending balance | | $0.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 109 | 12-12 | 765.00 | 112 | 12-22 | 18,361.50 |
| 110 | 12-27 | 22,583.50 | 113 | 12-22 | 65.09 |
| 111 | 12-27 | 8,828.26 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 12-29 | DEBIT MEMO - INTERBANK TRANSFER DEBIT | 226,709.67 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 277,313.02 | 12-22 | 258,121.43 | 12-29 | 0.00 |
| 12-12 | 276,548.02 | 12-27 | 226,709.67 | | |



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number: ▬▬▬
Statement Date: December 31, 2016
Page: 3 of 4



12/12/2016    109    $765.00



12/12/2016    109    $765.00



12/27/2016    110    $22,583.50

12/27/2016    110    $22,583.50



12/27/2016    111    $8,828.26

12/27/2016    111    $8,828.26



12/22/2016    112    $18,361.50



12/22/2016    112    $18,361.50



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number:
Statement Date: December 31, 2016
Page: 4 of 4



12/22/2016    113    $65.09        12/22/2016    113    $65.09

4:19 PM
01/10/17

# PWEB
## Reconciliation Detail
### Rabobank, Period Ending 12/31/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 277,313.02 |
| **Cleared Transactions** | | | | | | |
|   **Checks and Payments - 6 items** | | | | | | |
| Check | 12/30/2016 | | Rocky Mountain Ad... | X | -65.09 | -65.09 |
| Transfer | 12/31/2016 | | | X | -226,709.67 | -226,774.76 |
| Check | 12/31/2016 | | Cohne Kinghorn | X | -22,583.50 | -249,358.26 |
| Check | 12/31/2016 | | Rocky Mountain Ad... | X | -18,361.50 | -267,719.76 |
| Check | 12/31/2016 | | Cohne Kinghorn | X | -8,828.26 | -276,548.02 |
| Check | 12/31/2016 | | Tanner J Purser | X | -765.00 | -277,313.02 |
|   Total Checks and Payments | | | | | -277,313.02 | -277,313.02 |
| Total Cleared Transactions | | | | | -277,313.02 | -277,313.02 |
| Cleared Balance | | | | | -277,313.02 | 0.00 |
| Register Balance as of 12/31/2016 | | | | | -277,313.02 | 0.00 |
| **Ending Balance** | | | | | **-277,313.02** | **0.00** |

**DEBTOR:** Pacific Web Works         **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 16-21223          **FOR QUARTER ENDED:**    31-Dec-16

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

1. CASH BALANCE, BEGINNING OF QUARTER                               $   92,595.26
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES                       234,448.75
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS    (     100,334.35 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT)  $ 226,709.66

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|---|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ | $ | $ |
| | Plan Trustee Expense | | | |
| | Attorney Fees - Trustee | | | |
| | Attorney Fees - Debtor | | | |
| | Other Professionals | | | |
| | Other Administrative Expenses | | | |
| | TOTAL ADMINISTRATIVE EXPENSES  $ | $ | $ | |
| 2. | SECURED CREDITORS | $ | | |
| 3. | PRIORITY CREDITORS | $ | | |
| 4. | UNSECURED CREDITORS | $ | | |
| 5. | EQUITY SECURITY HOLDERS | $ | | |
| 6. | Attach additional sheets as nece $ | | | |
| | **TOTAL PLAN PAYMENTS**  $ | $ | | |

| Amount | Date | Check No. |
|---|---|---|
| | | |

**QUARTERLY FEE PAID:**    $

**PLAN STATUS:**                                                                Yes  No

1.  Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   [X] [ ]

2.  Are all post-confirmation obligations current? (If no, attach explanation.)                    [X] [ ]

3.  Projected date of application for final decree: _____

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

_____
Reorganized Debtor

By: _____

_____
Title

Email & Phone: _____         Form 3
                                                 Rev. 12/10/2009