**This order is SIGNED.**

Dated: November 1, 2017 

**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**



*PREPARED AND SUBMITTED BY:*

George Hofmann (10005)
Jeffrey L. Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300

Attorneys for the Liquidating Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> PACIFIC WEBWORKS, INC., <br><br> Debtor. | Bankruptcy No. 16-21223 (WTT) <br><br> Chapter 11 |

### FINAL DECREE

The Court has considered the motion of Gil Miller (the "Trustee"), in his capacity as the duly appointed liquidating trustee of the estate of Pacific WebWorks, Inc. (the "Debtor"), for entry of a final decree and order closing case and authorizing the destruction of the Debtor's remaining records (the "Motion"). The Court finds that notice of the Motion and the hearing on the Motion were properly given, and was appropriate

{00353273.DOCX /}  1

2

and sufficient under the circumstances of this case. The Court finds that no party-in-interest has filed any objection to the Motion.

The Court, being fully familiar with this Chapter 11 case and all of the matters and proceedings in this case, finds that the Debtor's bankruptcy estate has been fully administered. Based upon these findings and conclusions, and for good cause shown, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtor's bankruptcy estate, and the above-captioned case, is hereby closed.

— END OF ORDER —

## **DESIGNATION OF PARTIES TO BE SERVED**

The undersigned hereby designates the following parties to be served a copy of the foregoing **Final Decree**:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users, and will be served notice of entry of the foregoing Order through the CF/ECF System:

- Brett N. Anderson        bretta@blackburn-stoll.com
- David P. Billings         dbillings@fabianvancott.com, aclark@fabianvancott.com
- Andrew V. Collins         acollins@mbmlawyers.com
- Christopher S. Feuz       cfeuz@mbmlawyers.com
- Richard D. Flint          rdflint@hollandhart.com, tlrouse@hollandhart.com
- George B. Hofmann         ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com; jthorsen@cohnekinghorn.com
- J. Derek Kearl            jdkearl@hollandhart.com, jcwilliams@hollandhart.com
- Peter J. Kuhn tr          Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov
- Adam H Reiser             areiser@cohnekinghorn.com
- Steven C. Strong          sstrong@cohnekinghorn.com, jhasty@cohnekinghorn.com
- Jeffrey L. Trousdale      jtrousdale@cohnekinghorn.com, nlakey@cohnekinghorn.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Anne Ashby
7667 Centerpoint Road
Auburn, NY 13021

                                                          /s/ Jeffrey L. Trousdale