## POST CONFIRMATION QUARTERLY REPORT

**DEBTOR: Pacific Webworks, Inc. Liquidating Trust**

CH. 11 CASE NO: 16-21223　　　　FOR QUARTER ENDED:　　　　12/31/2017 (1)

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER　　$　36,897
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES　　0
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS　　( 36,897 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT　　$　0

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| 1. ADMINISTRATIVE EXPENSES | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|
| Plan Trustee Compensation | $ - | $ - | $ |
| Plan Trustee Expense | - | - | |
| Attorney Fees - Trustee | 3,916 | 26,565 | |
| Attorney Fees - Debtor | - | - | |
| Other Professionals | 8,837 | 43,756 | |
| Other Administrative Expenses | 1,011 | 5,911 | |
| TOTAL ADMINISTRATIVE EXPENSES | $ 13,764 | $ 76,232 | $ |
| 2. SECURED CREDITORS | $ - | $ - | $ |
| 3. PRIORITY CREDITORS | $ - | $ 17,563 | $ (2) |
| 4. UNSECURED CREDITORS | $ - | $ 138,458 | $ (2) |
| 5. EQUITY SECURITY HOLDERS | $ 23,133 | $ 23,133 | $ |
| 6. Loan to Private Action Trust | $ - | $ - | $ |
| TOTAL PLAN PAYMENTS | $ 36,897 | $ 255,385 | $ |

| | Amount | Date | Check No. |
|---|---|---|---|
| QUARTERLY FEE PAID: | $ 650 | 11/10/2017 | 130 |

### PLAN STATUS:　　　　　　　　　　　　　　　　　　　　　　　　　　Yes No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)　　[x] [ ]
2. Are all post-confirmation obligations current? (If no, attach explanation.)　　[x] [ ]
3. Date of application for final decree:　　10/10/2017 (3)

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach <u>additional sheets</u> as necessary

_____
Reorganized Debtor

By: _Gil A. Miller_
　　_Trustee_
　　Title

Email & Phone: gmiller@rockymountainadvisory.com, 801.428.1600

Form 3

Rev. 6/1/2006

## POST CONFIRMATION FINANCIAL QUARTERLY REPORT

**DEBTOR: Pacific Webworks, Inc. Liquidating  1 FOR QUARTER ENDED:**  **12/31/2017**

CH. 11 CASE NO: 16-21223

### NOTES

(1) On November 28, 2016, the Debtor's Plan was confirmed. On December 28, 2016, the Confirmed Plan became effective. This report includes activity from October 1, 2017 through December 31, 2017. The format for this Post Confirmation Financial Quarterly Report was obtained from the United States Trustee's Office.

(2) A distribution to administrative claims and unsecured creditors was made on January 27, 2017, pursuant to the confirmed plan.

(3) Motion for Final Decree was filed on October 10, 2017.

(4) Final Distribution to equity security holders was prepared on November 9, 2017. All funds have been disbursed as of that date pursuant to the confirmed plan.